628

435 A.2d 252

Commonwealth v. Hassel, Appellant.

Submitted April 12, 1979. Joseph B. Policicchio, Assistant Public Defender, for appellant; Frederick F. Coffroth, District Attorney, for Commonwealth, appellee.

Before SPAETH, WATKINS and VAN der VOORT, JJ.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.